UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____
                                        :
MARY C. TAFUR,                          :    Honorable Madeline Cox Arleo
                                        :    Civil Action No. 10-5547 (SDW)
    Plaintiff,                          :
                                        :
    v.                                  :    **REPORT AND RECOMMENDATION**
                                        :
PLAINFIELD BOARD OF EDUCATION,          :
et al.,                                 :
                                        :
    Defendants.                         :
_____  :

**THIS MATTER** having come before the Court upon the motion of plaintiff, Mary Tafur ("plaintiff") to remand the pending action to state court (Docket Entry No. 5) upon notice to defendants, Plainfield Board of Education and Margaret O'Keefe ("defendants"), and the Court having considered the papers submitted in support of and in opposition to the remand motion and having heard the argument of the parties, and for the reasons set forth on the record on January 14, 2011, and for good cause shown;

    **IT IS** on this 14th day of January 2011,

    **RECOMMENDED THAT** plaintiff's motion to remand this action to the Superior Court of New Jersey, Law Division, Union County, (Docket Entry No. 5), be **GRANTED.**

    The parties have fourteen (14) days from the date hereof to file objections.

                                            *s/Madeline Cox Arleo*
                                            MADELINE COX ARLEO
                                            United States Magistrate Judge

cc: Hon. Susan D. Wigenton, U.S.D.J.
     Clerk of the Court
     All Parties
     File