UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY C. TAFUR,<br><br>    Plaintiff,<br><br>v.<br><br>PLAINFIELD BOARD OF EDUCATION, MARGARET O'KEEFFE, JOHN DOES 1-10, ABC CORP. 1-10,<br><br>    Defendants. | Civil Action No. 10-5547 (SDW)(MCA)<br><br>**ORDER**<br><br>April 4, 2011 |

### ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Madeline C. Arleo filed on January 14, 2011, regarding Plaintiff Mary Tafur's motion to remand the pending action to the Superior Court of New Jersey, Law Division, Union County. No objections to the R&R were filed.

The Court has reviewed the R&R and the briefs and documents on file in this matter. Based on the foregoing, and for good cause shown,

IT IS, on this 4th day of April, 2011,

**ORDERED** that Magistrate Judge Arleo's R&R filed on January 14, 2011, is **ADOPTED** as the conclusions of law of this Court; and it is further

**ORDERED** that Plaintiff Tafur's motion seeking to remand the pending matter is **GRANTED**.

s/ Susan D. Wigenton, U.S.D.J.

cc: Magistrate Judge Madeline C. Arleo